UNITED STATES OF AMERICA
DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

THOMAS SCHRAMM

    plaintiff                                          Case No. 2:21-cv-000093

v.                                                   Judge: Hon. Paul L. Maloney

NEENAH PAPER MICHIGAN INC.         Mag. Judge: Hon. Maarten Vermaat

    defendant

.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties having stipulated to said relief, as evidenced by the signatures of their respective counsel below, IT IS HEREBY ORDERED THAT this matter is DISMISSED WITH PREJUDICE.  No party is entitled to any award of costs or attorneys' fees in this matter.

Date:  December 13, 2021                     /s/  Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge

On behalf of my client I stipulate to entry of this Order:

Attorneys for Plaintiff:               Attorneys for Defendant:

*s/ Nicholas Roumel*                  *s/ James F. Hermon*
Nicholas Roumel                        James F. Hermon

Dated: December 13, 2021
121873.000001  4814-8308-1209.1